**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION**

**IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION**

**MDL No. 2:18-mn-2873-RMG**

**Notice of Voluntary Dismissal**

**This Document Relates to:**

**Dennis Arthur Cooke Sr. v. 3M et al.,**
**Case No.: 2:25-cv-09635-RMG**

**Joseph Michael Mitchell v. 3M et al.,**
**Case No.: 2:25-cv-09392-RMG**

**Overbaugh et al v. 3M et al.,**
**Case No.: 2:25-cv-11592-RMG**

**Robynn Gayle Gudde v. 3M et al.,**
**Case No.: 2:25-cv-09377-RMG**

**Westbrook et al v. 3M et al.,**
**Case No.: 2:25-cv-11933-RMG**

**Williams et al v. 3M et al.,**
**Case No.: 2:25-cv-12035-RMG**

**Wilson et al v. 3M et al.,**
**Case No.: 2:25-cv-11964-RMG**

**Wise et al v. 3M et al.,**
**Case No.: 2:25-cv-11888-RMG**

**Woodcock, et a v. 3M et al.,**
**Case No.: 2:25-cv-11978-RMG**

**Wright et al v. 3M et al.,**
**Case No.: 2:25-cv-11992-RMG**

**Yandel et al v. 3M et al.,**
**Case No.: 2:25-cv-11932-RMG**

**Yanez et al v. 3M et al.,**
**Case No.: 2:25-cv-12253-RMG**

) **Yenko et al v. 3M et al.,**
) **Case No.: 2:25-cv-12075-RMG**
)
) **Young et al v. 3M et al.,**
) **Case No.: 2:25-cv-11986-RMG**
)
) **Young et al v. 3M et al.,**
) **Case No.: 2:25-cv-12491-RMG**
)
) **Zamora et al v. 3M et al.,**
) **Case No.: 2:25-cv-12127-RMG**
)
) **Zamora et al v. 3M et al.,**
) **Case No.: 2:25-cv-12047-RMG**
)
) **Zanayed et al v. 3M et al.,**
) **Case No.: 2:25-cv-12402-RMG**
)
) **Zappone Jr. et al v. 3M et al.,**
) **Case No.: 2:25-cv-11895-RMG**
)
) **Zarbakhsh et al v. 3M et al.,**
) **Case No.: 2:25-cv-12306-RMG**
)
) **Zastrow et al v. 3M et al.,**
) **Case No.: 2:25-cv-11921-RMG**
)
) **Zayas et al v. 3M et al.,**
) **Case No.: 2:25-cv-12365-RMG**
)
) **Zeoli et al v. 3M et al.,**
) **Case No.: 2:25-cv-11929-RMG**
)
) **Zepeda - Hector et al v. 3M et al.,**
) **Case No.: 2:25-cv-11928-RMG**
)
) **Zimmer et al v. 3M et al.,**
) **Case No.: 2:25-cv-11954-RMG**
)
) **Zurn et al v. 3M et al.,**
) **Case No.: 2:25-cv-12195-RMG**

**NOTICE OF DISMISSAL OF DUPLICATE FILINGS BY LISTED PLAINTIFFS ONLY, AS TO LISTED ACTIONS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

The undersigned counsel has learned that the Plaintiff(s) listed in Exhibit A have inadvertently filed multiple actions in this MDL the asserting the same or substantially similar claims. Such Plaintiff(s) now voluntarily dismiss the duplicate filing of the Plaintiff(s)' claims in the Docket Number listed in Exhibit A only. Such dismissal is entered pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and is without prejudice.

Dismissal of the Plaintiff(s) from the Docket number listed in Exhibit A shall have no effect on any other actions filed by the same Plaintiff. For the avoidance of doubt, because this dismissal is entered merely to cure the double or any multiple filing, such dismissal shall not be considered an adjudication on the merits of the dismissed claims. Further, such dismissal does not preclude counsel who represented Plaintiff in the dismissed action from asserting a claim for legal fees if appropriate.

Dated: August 28, 2026 Respectfully submitted,

**THE CLAIMBRIDGE PLLC**

*/s/Michael A. Hochman*
Michael A. Hochman MD, JD
THE CLAIMBRIDGE PLLC
5411 McPherson Rd Ste. 110
Laredo, Texas 78041
Telephone: (956) 704-5187
Facsimile: (956) 368-1343
mike@theclaimbridge.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2026, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system, which automatically serves all counsel of record.

*/s/ Michael A. Hochman*
Michael A. Hochman MD, JD

# EXHIBIT A

| Case Name | Case Number | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| Dennis Arthur Cooke Sr. v. 3M et al. | 2:25-cv-09635-RMG | Dennis Cooke Sr. | AFFF086087 |
| Joseph Michael Mitchell v. 3M et al. | 2:25-cv-09392-RMG | Joseph Mitchell | AFFF109994 |
| Robynn Gayle Gudde v. 3M et al. | 2:25-cv-09377-RMG | Robynn Gudde | AFFF073315 |
| Overbaugh et al v. 3M et al. | 2:25-cv-11592-RMG | Wilma Ferguson | AFFF075293 |
| Overbaugh et al v. 3M et al. | 2:25-cv-11592-RMG | Lana Gibbons | AFFF118503 |
| Overbaugh et al v. 3M et al. | 2:25-cv-11592-RMG | Christopher Giles | AFFF110870 |
| Overbaugh et al v. 3M et al. | 2:25-cv-11592-RMG | Thomas Larson | AFFF030657 |
| Overbaugh et al v. 3M et al. | 2:25-cv-11592-RMG | Christine Stoops | AFFF076605 |
| Westbrook et al v. 3M et al. | 2:25-cv-11933-RMG | Joseph Kovach | AFFF033425 |
| Williams et al v. 3M et al. | 2:25-cv-12035-RMG | Tialiss Gibson | AFFF100221 |
| Wilson et al v. 3M et al. | 2:25-cv-11964-RMG | Thomas Dixon | AFFF094440 |
| Wilson et al v. 3M et al. | 2:25-cv-11964-RMG | Terry Harvey | AFFF026111 |
| Wilson et al v. 3M et al. | 2:25-cv-11964-RMG | Joseph Hauptman | AFFF124913 |
| Wilson et al v. 3M et al. | 2:25-cv-11964-RMG | Joseph Klemba | AFFF047081 |
| Wilson et al v. 3M et al. | 2:25-cv-11964-RMG | Keith Willard | AFFF088880 |
| Wise et al v. 3M et al. | 2:25-cv-11888-RMG | Joe Hardin | AFFF076058 |
| Wise et al v. 3M et al. | 2:25-cv-11888-RMG | Renita Miller | AFFF021127 |
| Wise et al v. 3M et al. | 2:25-cv-11888-RMG | Erwin Silsbee | AFFF090388 |
| Woodcock et al v. 3M et al. | 2:25-cv-11978-RMG | Russell Hines | AFFF035602 |
| Woodcock et al v. 3M et al. | 2:25-cv-11978-RMG | Edward Stokes | AFFF092107 |
| Wright et al v. 3M et al. | 2:25-cv-11992-RMG | Stacey Castro | AFFF044751 |
| Wright et al v. 3M et al. | 2:25-cv-11992-RMG | Jaime Gurrola | AFFF124716 |
| Wright et al v. 3M et al. | 2:25-cv-11992-RMG | Denise Lilly | AFFF053114 |
| Wright et al v. 3M et al. | 2:25-cv-11992-RMG | Jerry McKeever | AFFF026178 |
| Wright et al v. 3M et al. | 2:25-cv-11992-RMG | Timothy Nunez | AFFF053108 |
| Yandel et al v. 3M et al. | 2:25-cv-11932-RMG | Jayd Schroeder | AFFF049585 |
| Yandel et al v. 3M et al. | 2:25-cv-11932-RMG | Walter Stanley | AFFF063417 |
| Yanez et al v. 3M et al. | 2:25-cv-12253-RMG | Bradley Hinton | AFFF098837 |
| Yanez et al v. 3M et al. | 2:25-cv-12253-RMG | Ronald Pritchard | AFFF108983 |

| | | | |
|---|---|---|---|
| Yenko et al v. 3M et al. | 2:25-cv-12075-RMG | Bobby Mann | AFFF045355 |
| Young et al v. 3M et al. | 2:25-cv-11986-RMG | Donald Arnold | AFFF035056 |
| Young et al v. 3M et al. | 2:25-cv-12491-RMG | Virgil Crump | AFFF093681 |
| Young et al v. 3M et al. | 2:25-cv-11986-RMG | Stanley Daranda | AFFF064988 |
| Young et al v. 3M et al. | 2:25-cv-12491-RMG | Janaina Lopez | AFFF025442 |
| Young et al v. 3M et al. | 2:25-cv-11986-RMG | Michael Taillon | AFFF100179 |
| Young et al v. 3M et al. | 2:25-cv-11986-RMG | Alison Waiters | AFFF030160 |
| Young et al v. 3M et al. | 2:25-cv-11986-RMG | Keith Young | AFFF118349 |
| Zamora et al v. 3M et al. | 2:25-cv-12127-RMG | Marshall Armstrong | AFFF025333 |
| Zamora et al v. 3M et al. | 2:25-cv-12047-RMG | Loren Demke | AFFF076676 |
| Zamora et al v. 3M et al. | 2:25-cv-12127-RMG | Debra Dragan-Bowen | AFFF092779 |
| Zamora et al v. 3M et al. | 2:25-cv-12127-RMG | Earnisteen Kemp | AFFF071694 |
| Zamora et al v. 3M et al. | 2:25-cv-12127-RMG | Sheila Lewis | AFFF023373 |
| Zamora et al v. 3M et al. | 2:25-cv-12047-RMG | Patrick Marucheau | AFFF045534 |
| Zamora et al v. 3M et al. | 2:25-cv-12047-RMG | Donald Mayweather | AFFF056815 |
| Zamora et al v. 3M et al. | 2:25-cv-12047-RMG | Christopher Post | AFFF048149 |
| Zanayed et al v. 3M et al. | 2:25-cv-12402-RMG | Rosalyn August | AFFF033104 |
| Zanayed et al v. 3M et al. | 2:25-cv-12402-RMG | Bural Ayers | AFFF060662 |
| Zanayed et al v. 3M et al. | 2:25-cv-12402-RMG | Meilin Gibbens | AFFF022175 |
| Zanayed et al v. 3M et al. | 2:25-cv-12402-RMG | Karen Grigoryants | AFFF048347 |
| Zanayed et al v. 3M et al. | 2:25-cv-12402-RMG | Robert Mayton | AFFF080903 |
| Zanayed et al v. 3M et al. | 2:25-cv-12402-RMG | Venes Mosier | AFFF060536 |
| Zanayed et al v. 3M et al. | 2:25-cv-12402-RMG | Dominique Smith | AFFF047455 |
| Zappone Jr. et al v. 3M et al. | 2:25-cv-11895-RMG | Danny Adair | AFFF043567 |
| Zappone Jr. et al v. 3M et al. | 2:25-cv-11895-RMG | Perkins Anderson | AFFF036193 |
| Zappone Jr. et al v. 3M et al. | 2:25-cv-11895-RMG | Barbara Davis | AFFF082607 |
| Zappone Jr. et al v. 3M et al. | 2:25-cv-11895-RMG | Ricky Housand | AFFF104634 |
| Zappone Jr. et al v. 3M et al. | 2:25-cv-11895-RMG | Theresa Watkins | AFFF082686 |
| Zarbakhsh et al v. 3M et al. | 2:25-cv-12306-RMG | Paul Anderson | AFFF048697 |
| Zastrow et al v. 3M et al. | 2:25-cv-11921-RMG | Joshua East | AFFF110519 |
| Zastrow et al v. 3M et al. | 2:25-cv-11921-RMG | Angela Finch | AFFF120028 |
| Zastrow et al v. 3M et al. | 2:25-cv-11921-RMG | Casey McKee | AFFF086218 |
| Zastrow et al v. 3M et al. | 2:25-cv-11921-RMG | Todd Thomas | AFFF060216 |

| | | | |
|---|---|---|---|
| Zastrow et al v. 3M et al. | 2:25-cv-11921-RMG | Barry Thompson | AFFF090768 |
| Zayas et al v. 3M et al. | 2:25-cv-12365-RMG | Shaniqua Epps | AFFF118760 |
| Zayas et al v. 3M et al. | 2:25-cv-12365-RMG | Laura Goode | AFFF114340 |
| Zayas et al v. 3M et al. | 2:25-cv-12365-RMG | Sandra Milling | AFFF027284 |
| Zeoli et al v. 3M et al. | 2:25-cv-11929-RMG | Tracy Geary | AFFF071967 |
| Zepeda - Hector et al v. 3M et al. | 2:25-cv-11928-RMG | William Biles | AFFF115484 |
| Zepeda - Hector et al v. 3M et al. | 2:25-cv-11928-RMG | Wayne Brodsky | AFFF114688 |
| Zepeda - Hector et al v. 3M et al. | 2:25-cv-11928-RMG | JoAnn Carter | AFFF045939 |
| Zepeda - Hector et al v. 3M et al. | 2:25-cv-11928-RMG | Carlos Cohen | AFFF044361 |
| Zepeda - Hector et al v. 3M et al. | 2:25-cv-11928-RMG | Frank Episcopo | AFFF067903 |
| Zepeda - Hector et al v. 3M et al. | 2:25-cv-11928-RMG | Robert Kovack | AFFF068089 |
| Zimmer et al v. 3M et al. | 2:25-cv-11954-RMG | Dennis Watkins Jr. | AFFF089929 |
| Zurn et al v. 3M et al. | 2:25-cv-12195-RMG | Melinda Hamm | AFFF118788 |